**No. 11-7532. In re Steven Floyd Bourn, Petitioner.**

565 U.S. 1177, 132 S. Ct. 1149, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 1026.

January 23, 2012. Petition for writ of mandamus denied.

**No. 10-10536. Annie P. Walker, Petitioner v. Todd Honyaouma.**

565 U.S. 1185, 132 S. Ct. 1162, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 1017.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1057, 132 S. Ct. 754, 181 L. Ed. 2d 481, 2011 U.S. LEXIS 8471.

**No. 10-10755. James Forney, Petitioner v. Florida.**

565 U.S. 1185, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 950.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 848, 132 S. Ct. 168, 181 L. Ed. 2d 81, 2011 U.S. LEXIS 6546.

**No. 10-11292. Darnell Leroy Parrish, Petitioner v. Nevada.**

565 U.S. 1186, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 1058.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 877, 132 S. Ct. 239, 181 L. Ed. 2d 136, 2011 U.S. LEXIS 7014.

**No. 11-373. Marvin Smith, et ux., Petitioners v. Regions Bank, et al.**

565 U.S. 1186, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 961.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8602.

**No. 11-374. Marvin Smith, et ux., Petitioners v. Atlantic Southern Bank, et al. (three judgments).**

565 U.S. 1186, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 968.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1060, 132 S. Ct. 769, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8626.

**No. 11-519. David E. Conwill, Petitioner v. Mississippi.**

565 U.S. 1186, 132 S. Ct. 1163, 181 L. Ed. 2d 1032, 2012 U.S. LEXIS 952.

January 23, 2012. Petition for rehearing denied.

Former decision, 565 U.S. 1080, 132 S. Ct. 826, 181 L. Ed. 2d 527, 2011 U.S. LEXIS 8728.